**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

_____Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

_____Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Strother, Richard _____JOINT DEBTOR:_____CASE NO.: 14-16671-EPK

Last Four Digits of SS# 5677_____ Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60_____ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 550_____for months 1_____to 12____;

    B.    $ 770_____for months 13_____to 24____;

    C.    $ 1100_____for months 25____to 60_____; in order to pay the following creditors:

Administrative: Attorney's Fee - $_____TOTAL PAID $ _____

               Balance Due    $_____payable $_____/month (Months _____to _____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____    Arrearage on Petition Date $_____

Address:_____         Arrears Payment    $_____/month (Months _____to _____)
                            Regular Payment    $_____/month (Months _____to _____)

Account No: _____

2. _____    Arrearage on Petition Date $_____

Account No: _____

3. _____    Arrearage on Petition Date $_____

Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | | Inte | Plan | Months of | Total Plan |
|---|---|---|---|---|---|
| | $ | % | $ | To | ✓ |
| | $ | % | $ | To | |
| | $ | % | $ | _____ To ____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1._____  Total Due $_____

Payable  $_____/month  (Months____to ____)  Regular Payment $_____

2._____  Total Due $_____

Payable  $_____/month  (Months____to ____)  Regular Payment $_____

Unsecured Creditors: Pay $ 500_____/month  (Months 1____to 12____).Pay $ 700/month  (Months 13 to 24 ).

Unsecured Creditors: Pay $ 1,000_____/month  (Months 25____to 60____).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor: Strother, Richard

Date: 03/24/14

Joint Debtor

Date:_____

LF-31 (rev. 01/08/10)