UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re RICHARD T. STROTHER,<br><br>Debtor | Docket Number 14-16671-EPK<br><br>Chapter 13 |

### THE LAW OFFICES OF GEOFFREY D. ITTLEMAN NOTICE OF APPEARANCE ON BEHALF OF HYLAS YACHTS, INC. AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that THE LAW OFFICES OF GEOFFREY D. ITTLEMAN, P.A. herein gives notice of filing its appearance on behalf of Hylas Yachts, Inc. and would respectfully request that all correspondence, pleadings, motions and any other filings regarding this matter be directed to the attention of the undersigned counsel on behalf of the Creditor, Hylas Yachts, Inc. at the address and email of the undersigned, listed below.

Dated this the 3rd day of April, 2014.

                                                               Respectfully submitted,

                                                               THE LAW OFFICES OF GEOFFREY D. ITTLEMAN, P.A.
                                                               110 S.E. 6th Street, Suite 2300
                                                                Fort Lauderdale, Florida 33301
                                                                Tel: (954) 462-8340
                                                                Fax: (954) 462-8342
                                                                geoffrey@ittlemanlaw.com

                                            By:    /s/Geoffrey Ittleman
                                                           Geoffrey D. Ittleman, Esq.
                                                           Fla. Bar No.: 377790