ORDERED in the Southern District of Florida on ___APR 14 2014___



/s/ Erik P. Kimball
Erik P. Kimball, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| In re RICHARD T. STROTHER, | Docket Number 14-16671-EPK |
|---|---|
| Debtor | Chapter 13 |

### ORDER ADMITTING JEFFREY S. BAKER, ESQ., AND PATRICK M. GROULX, ESQ., *PRO HAC VICE*

This matter came before the court without a hearing on the Motion to Appear Pro Hac Vice [DE 13]. The court having reviewed the motion and good cause appearing, it is

**ORDERED** that Jeffrey S. Baker, Esq., and Patrick M. Groulx, Esq. ("Visiting Attorneys") may appear before this court *pro hac vice* as counsel for Hylas Yachts, Inc. ("Client"), in this case ("the Bankruptcy"); in the adversary proceeding Hylas Yachts, Inc., v. T3 Vistas, LLC and Richard Strother, 14-01318-EPK ("the Hylas AP"); and in any other adversary proceedings in which the Visiting Attorneys may appear on behalf of the Client ("other APs").. The Visiting Attorneys must include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court.

1

The Visiting Attorneys may apply to become registered users of CM/ECF in this district with full filing privileges in this case and in any other case in which this court has entered an order admitting the Visiting Attorneys *pro hac vice*.

The following attorney ("Local Attorney") is designated as the attorney qualified to practice in this court with whom the court and other counsel may readily communicate and upon whom papers may be served:

> Geoffrey D. Ittleman, Esq.
> The Law Office of Geoffrey D. Ittleman, PA
> 110 SE 6th Street, Suite 2300
> Ft. Lauderdale, FL 33301
> Ph: 954-462-8340
> Fax: 954-462-8342
> E-mail: geoffrey@ittlemanlaw.com
> Florida Bar Number 377790

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(B)(2) in this case and in each adversary proceeding in this case in which the Visiting Attorney appears on behalf of the Client. If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional Motion to Appear *Pro Hac Vice*, and absent such separate motion and an order of this court approving the same Local Attorney will continue to act as local attorney for the Client(s) in all such proceedings.

###

Submitted by:

Geoffrey D. Ittleman, Esq.
The Law Office of Geoffrey D. Ittleman, PA
110 SE 6th Street, Suite 2300
Ft. Lauderdale, FL 33301
Ph: 954-462-8340
Fax: 954-462-8342
E-mail: geoffrey@ittlemanlaw.com
Florida Bar No. 377790

COPIES TO:

Jeffrey S. Baker, Esq.
Two West Hill Place, Ste 100
Boston, MA 02114

Patrick M. Groulx, Esq.
Polis Legal
PO Box 760656
Melrose, MA 02176

Geoffrey D. Ittleman, Esq.
The Law Office of Geoffrey D. Ittleman, PA
110 SE 6th Street, Suite 2300
Ft. Lauderdale, FL 33301

**Geoffrey D. Ittleman is directed to serve a copy of this order on the United States Trustee, all parties who have filed appearances in this case, and all parties who have appeared in each applicable adversary proceeding, and shall file a certificate of service thereof.**

3