UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re RICHARD T. STROTHER,  Case Number: 14-16671-PGH
  Adversary Number: 14-01318-PGH
    Debtor

  Chapter 13

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the *Re Notice of Hearing (Doc 26) to consider Motion for Relief from Stay filed by Attorney Hylas Yachts, Inc. (24)* has been furnished to the below listed parties in the manner indicated on this the 24th day of April, 2014.

Respectfully submitted,

THE LAW OFFICES OF GEOFFREY D. ITTLEMAN, P.A.
110 S.E. 6th Street, Suite 2300
Fort Lauderdale, Florida 33301
Tel: (954) 462-8340
Fax: (954) 462-8342
geoffrey@ittlemanlaw.com

By: /s/Geoffrey Ittleman
Geoffrey D. Ittleman, Esq.
Fla. Bar No.: 377790

*In RE: Strother*
*Case No.: 14-16671-EPK*

**MASTER SERVICE LIST**
CASE NO.: 14-16671-EPK
ADVERSARY NO: 14-01318-PGH

CHAPTER 13

ELECTRONIC NOTICE LIST

Jeffrey S. Baker
bakerlaw@aol.com

Patrick M. Groulx
pgroulx@polislegal.com

**U.S. Mail to all parties on the Service List**

**SERVICE LIST**

Bankcard center
PO Box 11170
Wilmington, DE 19850-1170

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Alexey Ibabko
1961 B West 9th Street
Riviera Beach, FL 33404-6427

Continental Finance Company
PO Box 8099
Newark, DE 19174-8099

Coram Inc.
PO Box 551149
Jacksonville, FL 32255-1149

Comcast
1401 Northpoint Pkwy
West Palm Beach, FL 33407-1986

Erica Strother
3330 East 38th Street, 49L
New York, NY 100016

First Premier Bank
PO Box 5519
Sioux Falls, SD 57117-5519

Good Samaritan Medical Center
PO Box 830913
Birmingham, AL 35283-0913

DirecTV LLC
Attn: Bankruptcies
PO Box 6550
Greenwood Village, CO 80155-6550

Hylas Yachts, Inc.
c/o Richard Jackney
102 Bellvue Drive
Swamscott, MA 01907-1519

Gold Coast EKG Consultants
200 Knuth Road, Ste 200
Boynton Beach, FL 33436-4693

Internal Revenue Services
Attn: Special Procedures
P.O. Box 34045
Stop 572
Jacksonville, FL 32202

BellSouth Telecommunications, Inc.,
& AT&T Services, Inc.
Karen Cavagnaro, Paralegal
One AT&T Way, Room 3A104
Bedminster, NJ 07921-2693

New York State Dept. of Taxation and Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300

Lincare, Inc.
PO Box 5087
Clearwater, FL 33758-5087

Looney Grossman, PA
101 Arch St. – 9th Floor
Boston, MA 02110-1117

Laboratory Corp of America
PO Box 2240
Burlington, NC 27216-2240

Image Consultants of South Florida
PO Box 1547
Indianapolis, IN 46206-1547

North Shore Agency
270 Spagnoli Drive
Melville, NY 11747-3516

Office of the US Trustee
51 SW 1st Ave, Suite 1204
Miami, FL 33130-1614

PBD&P Inc.
4477 Medical Center Way
West Palm Beach, FL 33407-3286

Quest Diagnostics
711 Fairway Drive, Suite 400
Palm Beach Gardens, FL 33418-4207

Raymand Henderson, MD, PA
PO Box 9440
Belfast, ME 04915-9440

Sheridan Health Corp, Inc.
PO Box 817737
Hollywood, FL 33081-1737

Troy Strother
64 Shannaghan Road
East Haddam, CT 06423-1443

Richard Tuckerman Strother
340 Royal Poinciana Way #317-203
Palm Beach, FL 33480-4048

Robin R. Weiner
PO Box 559007
Fort Lauderdale, FL 33355-9007

T3 Vistas, LLC
c/o Brian Keane
Kaplan/Bond Group
88 Black Falcon Ave., Suite 301
Boston, MA 02210