UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re RICHARD T. STROTHER,<br><br>Debtor | Docket Number 14-16671-PGH<br><br>Chapter 13 |

## NOTICE OF RULE 2004 EXAMINATION *DUCES TECUM*

Hylas Yachts, Inc. ("Hylas"), by the undersigned attorney, will examine the Debtor, Richard Strother, under oath on June 5, 2014, at 10:00 a.m. at The Law Offices of Geoffrey D. Ittleman, P.A., 110 S.E. 6th Street, Suite 2300, Fort Lauderdale, Florida 33301. The examination may continue from day to day until completed. If the examinee receives this notice less than 14 days prior to the scheduled examination date, the examination will be rescheduled upon timely request to a mutually agreeable time.

The examination is pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1, and will be recorded by videographic and stenographic means. The scope of the examination is as described in Fed. R. Bankr. P. 2004. Pursuant to Local Rule 2004-1 no order is necessary.

The Debtor must also bring with him to the examination the documents, electronically stored information, or objects described on the attached Schedule of Documents and must permit the inspection, copying, testing or sampling of the materials.

**I HEREBY CERTIFY** that a true copy of this notice was served on the examinee, attorney for examinee, the debtor, the attorney for the debtor and the trustee by E-mail on this the 1st day of May, 2014.

*In Re: Strother*
*Case No.: 14-16671 PGH*

Respectfully submitted,

THE LAW OFFICES OF GEOFFREY D. ITTLEMAN, P.A.
110 S.E. 6th Street, Suite 2300
Fort Lauderdale, Florida 33301
Tel: (954) 462-8340
Fax: (954) 462-8342
geoffrey@ittlemanlaw.com

By:   /s/Geoffrey Ittleman
Geoffrey D. Ittleman, Esq.
Fla. Bar No.: 377790

-and-

/s/ Jeffrey S. Baker
Jeffrey S. Baker
Two West Hill Place
Suite 100
Boston, MA 02114
Phone: (617) 573-9505
Fax: (617) 573-9503
E-mail: bakerlaw@aol.com
Admitted *Pro Hac Vice*

*In Re: Strother*
*Case No.: 14-16671 PGH*

## SCHEDULE OF DOCUMENTS

1. All documents that you used to prepare your schedules.

2. All documents supporting or evidencing the entries on your Schedule A.

3. All documents supporting or evidencing the entries on your Schedule B.

4. All documents supporting or evidencing the entries on your Schedule C.

5. All documents supporting or evidencing the entries on your Schedule D.

6. All documents supporting or evidencing the entries on your Schedule E.

7. All documents supporting or evidencing the entries on your Schedule F.

8. All documents supporting or evidencing the entries on your Schedule G.

9. All documents supporting or evidencing the entries on your Schedule H.

10. All documents supporting or evidencing the entries on your Schedule I.

11. All documents supporting or evidencing the entries on your Schedule J.

12. All documents supporting or evidencing the entries on your statement of financial affairs.

13. All documents supporting or evidencing the entries on your Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income.

14. All documents supporting or evidencing the calculation of Line 5 of your Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income

15. All documents supporting or evidencing the calculation of Line 6 of your Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income

16. All documents supporting or evidencing the "consulting fees" identified on your statement of financial affairs.

*In Re: Strother*
*Case No.: 14-16671 PGH*

17. All documents supporting or evidencing your capital gains or losses from 2008 to the present.

18. Your federal tax returns from 2008 to the present with all schedules and K-1 forms.

19. Your state tax returns from 2008 to the present with all schedules and K-1 forms.

20. Your foreign tax returns from 2008 to the present with all schedules and K-1 forms.

21. The federal tax returns of any entity in which you claim or have claimed an interest from 2008 to the present with all schedules and K-1 forms.

22. The state tax returns of any entity in which you claim or have claimed an interest from 2008 to the present with all schedules and K-1 forms.

23. The foreign tax returns of any entity in which you claim or have claimed an interest from 2008 to the present with all schedules and K-1 forms.

24. Any and all documents that you have provided to an accountant at any time from 2008 to the present.

25. The mutual releases identified on your Schedule B7-4(a).

26. All documents evidencing your assertion on Line 37 of your Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income that the fees are "necessary for your health and welfare."

27. All documents regarding or supporting the calculations of your proposed chapter 13 plan.

28. All documents regarding or supporting Line 60a. of your Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income.

29. All statements from all accounts in which you have deposited funds or had funds held on your behalf at any time from 2008 to the present.

30. All documents regarding or explaining the "+" on your summary of schedules.

31. All documents regarding the "DIP Account" on line 2 of your schedule B.

32. All documents regarding or evidencing Line 3 of your schedule B.

33. Any lists, photographs, or other evidence of all televisions, computers, entertainment systems, DVDs, CDs, VHS tapes, or any other media that you own or claim an interest in.

34. Any statements or other documents regarding the Roth IRA listed on Line 12 of your Schedule B.

35. Any statements or other documents regarding the TD Ameritrade account listed on Line 12 of your Schedule B.

36. Any documents regarding or evidencing your ownership of "25,000 Warrants of CBRX in Debtor's Possesion" listed on Line 13 of your Schedule B.

37. The bonds listed on Line 15 of your Schedule B.

38. Any documents evidencing or constituting the "Notes plus interest" referred to on Line 17 of your Schedule B.

39. Any documents evidencing the IRS funds owed to you on Line 18 of your Schedule B.

40. Copies of the trust instruments listed on Line 20 of your Schedule B.

41. Any documents evidencing or regarding the identity of the trustees of the "two trusts" listed on Line 20 of your Schedule B.

42.   Any documents evidencing or regarding the name of the "two trusts" listed on Line 20 of your Schedule B.

43.   Any documents evidencing or regarding the corpus of the "two trusts" listed on Line 20 of your Schedule B.

44.   Any documents evidencing or regarding the income of the "two trusts" listed on Line 20 of your Schedule B.

45.   Any documents evidencing or regarding the expenditures of the "two trusts" listed on Line 20 of your Schedule B.

46.   All documents evidencing or regarding your ownership in, your acquisition of, and the current value of Flashcat Ventures, LLC.

47.   All documents evidencing or regarding your ownership in, your acquisition of, and the current value of FlashScat Ventures, LLC.

48.   All documents evidencing or regarding your ownership in, your acquisition of, and the current value of Fit4Sex, LLC.

49.   All documents evidencing or regarding your ownership in, your acquisition of, and the current value of Fit in Your Jeans By Friday, LLC.

50.   All documents evidencing or regarding your ownership in, your acquisition of, and the current value of T3 Vistas, LLC.

51.   All documents evidencing or regarding your ownership in, your acquisition of, and the current value of any shares of Microanalytical Systems, Inc.

52.   All documents evidencing or regarding your ownership in, your acquisition of, and the current value of any shares of Impact Systems, Inc.

53.　All documents evidencing or regarding your ownership of the medical equipment listed on Schedule B6-B-13.

54.　All documents evidencing or regarding the nature or value of your claims against T3 Vistas, LLC.

55.　All documents evidencing or regarding the nature or value of your claims against Hylas Yachts, Inc.

56.　All documents evidencing or regarding the nature or value of your claims against Benton Wilcoxon, et al.

57.　All documents evidencing or regarding the nature or value of your claims against Landlord, including the identity of the landlord.

58.　All documents evidencing or regarding the nature or value of your claims against Piero Navarro.

59.　All documents evidencing or regarding the nature or value of your claims against Motor Cars of Distinction.

60.　All documents evidencing or regarding the nature or value of your claims against Marshall Rosenbach.

61.　All documents evidencing or regarding your ownership in the "3 vehicles" listed on Line 35 of your Schedule B.

62.　All documents evidencing or regarding the make, model, year, condition, and series of the "3 vehicles" listed on Line 35 of your Schedule B.

63.　All documents evidencing or regarding the "secured interest" in the "3 vehicles" listed on Line 35 of your Schedule B.

64. All documents evidencing or regarding the "Litigation Proceeds membership" listed on Line 35 of your Schedule B.

65. All documents indicating the basis for your election of state or federal exemptions.

66. All documents regarding or evidencing the basis for each of your exemptions.

67. All documents regarding or evidencing your tax liability to the Internal Revenue Service listed on your Schedule E.

68. All documents regarding or evidencing the assertion that your tax liability to the Internal Revenue Service listed on your Schedule E is unliquidatd.

69. All documents regarding or evidencing the basis on which you dispute your tax liability to the Internal Revenue Service listed on your Schedule E.

70. All documents regarding or evidencing your tax liability to the New York State Department of Taxation listed on your Schedule E.

71. All documents regarding or evidencing the assertion that your tax liability to the New York State Department of Taxation listed on your Schedule E is unliquidatd.

72. All documents regarding or evidencing the basis on which you dispute your tax liability to the New York State Department of Taxation listed on your Schedule E.

73. All documents regarding or evidencing the basis on which you dispute the debt of Good Samaritan Medical Center.

74. All documents regarding or evidencing why you assert that the debts on your Schedule F are unliquidated.

75. The basis for your assertion that "Image Consultants of South Florida" on your Schedule F provided "Medical Services."

76. All documents regarding or evidencing the debt owed to Troy Strother listed on your Schedule F.

77. All documents regarding or evidencing the debt owed to Erica Strother listed on your Schedule F.

78. All documents regarding or evidencing the "disputed fraud charges" listed on your Schedule F.

79. A copy of your current lease.

80. All documents evidencing any royalties paid to you at any time from January 1, 2008, to the present.