

**ORDERED in the Southern District of Florida on May 7, 2014.**

Paul G. Hyman, Chief Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re RICHARD T. STROTHER, | Docket Number 14-16671-PGH |
| Debtor | Chapter 13 |

### ORDER ON THE MOTION OF HYLAS YACHTS, INC., FOR RELIEF FROM THE AUTOMATIC STAY

On May 6, 2014, the Court conducted a hearing on the Motion of Hylas for Relief from the Automatic Stay [Docket No. 10] at which the Debtor, Richard Strother, appeared *pro se*; counsel for Hylas appeared; and counsel for the Chapter 7 Trustee of T3 Vistas, LLC, also appeared. Based on the arguments at that hearing, consideration of the papers submitted, and for the reasons stated on the record at the hearing, the Court orders that the motion is DENIED without prejudice as moot.

# # #

1

2

Submitted by:

Geoffrey Ittleman, Esquire
The Law Offices of Geoffrey D. Ittleman, P.A.
110 S.E. 6th Street, Suite 2300
Fort Lauderdale, Florida 33301
Tel: (954) 462-8340
Fax: (954) 462-8342
geoffrey@ittlemanlaw.com

Attorney Ittleman is directed to serve copies of the order upon all interested parties and to file a certificate of service with the Court.