## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

In re:

RICHARD TUCKERMAN STROTHER,

CASE NO: 14-bk-16671-PGH
CHAPTER 13

      Debtor(s)
_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE THAT** the undersigned attorney hereby appears as counsel for Piero Navarro, (the "Creditor") and requests that all notices required by Federal Rule of Bankruptcy Procedure 2002 be served upon the undersigned, and that the following be added to the Court's Master Mailing List:

**WANDA D. MURRAY, ESQUIRE**
**WARD DAMON POSNER PHETERSON & BLEAU**
**4420 BEACON CIRCLE**
**WEST PALM BEACH, FLORIDA  33407**

**I HEREBY CERTIFY** that a true copy hereof has been served electronically or via U.S. mail, first-class postage prepaid, to: **Richard Tuckerman Strother,** 340 Royal Poinciana Way, #317-203, Palm Beach, FL 33480; **Robin R Weiner,** POB 559007, Fort Lauderdale, FL 33355; and **Office of the US Trustee,** 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130, this 22 May 2014.

    WARD DAMON POSNER PHETERSON & BLEAU
    Attorney for Secured Creditor
    4420 Beacon Circle
    West Palm Beach FL 33407
    (561) 842-3000
    (561) 842-3626 Fax
    WMurray@WardDamon.com
    www.WardDamon.com

    /s/ Wanda D. Murray
    _____
    WANDA D. MURRAY, ESQUIRE
    Florida Bar No. 0566381

File No. 13-0